# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
FRANK M. JOHNSON, JR. UNITED STATES COURTHOUSE COMPLEX
ONE CHURCH STREET
P.O. BOX 629
MONTGOMERY, ALABAMA 36101-0629

**W. HAROLD ALBRITTON**
SENIOR JUDGE

TELEPHONE:
334-954-3710

June 8, 2009

Committee on Financial Disclosure
Administrative Office of the U. S. Courts
Suite 3-201
One Columbus Circle, NE
Washington, DC 20544

Re:     Calendar Year 2008 Filing

To Whom It May Concern:

This is in response to the letter of June 5, 2009 to me from Judge Baldock. The issues raised are addressed as follows:

1. Part VII, page 5, line 21, and page 6, line 43 - I am advised that the asset listed as ML&Co SRN was a Merrill Lynch structured investment product, based on the S&P 500.

2. Part VII, page 6, line 42 - I am advised that the asset listed as ML&Co Str Acct Redemp Sec was also a Merrill Lynch structured investment product, this one based on the European market. Column B(2) should show "none." Column C(1) should show "K", and C(2) should show "T".

This information concerning both Merrill Lynch products was given to me by my broker. Please let me know if this is not sufficient, and I will ask for a better description. For whatever it may be worth, both of these products were sold earlier this year at a loss, as will be reflected on my next year's report.

3. Part VII, page 4, line 2 - TV Cable Co. of Andalusia. This is a closely-held corporation, not publicly traded, of which I am a small shareholder. My valuation is based on the last sale of stock of which I am aware, which was several years ago and was a repurchase by the corporation of the stock of a shareholder who had died. I am not involved in any way in the business operations of the corporation. As far as I know, no efforts have been made to sell any of the stock, and no such efforts are expected. I know of no other method by which the value of the stock can be easily obtained. This is the reason that I showed the value method code as "W", but

**Albritton_William_H**

if, under these facts, "T" would be more appropriate, please consider my report to be amended accordingly, and let me know for future reference.

Please advise if this response is in any way insufficient to answer your inquiries.

Sincerely yours,

W~~illiam H. Albritton, III~~
Senior United States District Judge

WHA:eb

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Albritton, William H. | 2. Court or Organization<br><br>District Court - MD Alabama | 3. Date of Report<br><br>5/7/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>P. O. Box 629<br>Montgomery, AL 36101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 12 A 9: 45
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/7/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Merrill Lynch IRA Distributions | $10,720.91 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Financial Corp. - common stock | C | Dividend | J | T | | | | | |
| 2. TV Cable Co of Andalusia - common stock | C | Dividend | L | W | | | | | |
| 3. Legg Mason Partners Inv. Value FD O | A | Dividend | J | T | | | | | |
| 4. Exxon - common stock | D | Dividend | N | T | | | | | |
| 5. General Electric - common stock | C | Dividend | L | T | | | | | |
| 6. Southern Company - common stock | B | Dividend | K | T | | | | | |
| 7. IBM - common stock | A | Dividend | J | T | Donated (part) | 12/23 | J | | |
| 8. Pfizer - common stock | B | Dividend | K | T | | | | | |
| 9. Eaton Vance Nat - municipal fund | A | Dividend | J | T | | | | | |
| 10. Daphne, AL Wts & Impt bonds | A | Interest | J | T | | | | | |
| 11. Merrill Lynch - Cash Money Accounts | A | Interest | J | T | | | | | |
| 12. Merrill-Lynch IRA (assets: lines 13-24) | D | Div/Int | M | T | | | | | |
| 13. -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 14. -Alpine Global Premier Prpty Fd | | | | | | | | | |
| 15. -CD National City Bank | | | | | | | | | |
| 16. -Colonial Properties REIT | | | | | | | | | |
| 17. -Merrill Lynch Fundamental Growth D | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Merrill Lynch B&T RASP | | | | | | | | | |
| 19. -Cohen & Steers REIT&PFD Income FD | | | | | | | | | |
| 20. -Blackrock Real Asset Equity Trust | | | | | Sold | 8/19 | J | | |
| 21. -ML&Co SRN | | | | | Buy | 9/26 | J | | |
| 22. -Blackrock Intl Growth & Income Tr | | | | | | | | | |
| 23. -Dow 30 Enhanced Premium Incomd Fd | | | | | | | | | |
| 24. -DN Midfirst Bank Callable CD | | | | | Redeemed | 12/15 | K | | |
| 25. Merrill Lynch - IRA (assets: lines 26-30) | A | Interest | J | T | | | | | |
| 26. -Southwest Bk of St. Louis - callable CD | | | | | Buy | 3/4 | J | | |
| 27. -Templeton Growth Fd Cl C | | | | | | | | | |
| 28. -Countrywide Bank NA | | | | | Redeemed | 9/2 | J | | |
| 29. -CD First St Bank | | | | | Redeemed | 3/14 | J | | |
| 30. -DN M & I Callable CD | | | | | | | | | |
| 31. Colonial Properties REIT | B | Dividend | J | T | | | | | |
| 32. Alabama State Public Schools and Colleges - bonds | A | Interest | J | T | | | | | |
| 33. Huntsville Madison Cnty Al Arpt Auth - bonds | A | Interest | K | T | | | | | |
| 34. Decatur, AL Wts Ser E Ambac | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Dow 30 Prem & Div Income Fund | B | Dividend | | | Sold | 6/24 | K | | |
| 36. DWS Gold & Precious Metals Fd Cl | A | Dividend | | | Sold | 3/19 | J | B | |
| 37. Mobile, AL Pub. Edl Bldg Bond | A | Interest | J | T | | | | | |
| 38. Blackrock Real Asset Equity Trust | A | Dividend | | | Sold | 8/19 | J | | |
| 39. American Capital Wld Grow & Inc. CEC | A | Dividend | J | T | | | | | |
| 40. ServisFirst Bank - Savings Accounts | A | Interest | K | T | | | | | |
| 41. Alabama Drinking Water Fin. Auth - bonds | A | Interest | J | T | Buy | 3/19 | J | | |
| 42. ML& Co Str Acct Redemp Sec | | | | | Buy | 6/25 | K | | |
| 43. ML&Co SRN | A | Interest | J | T | Buy | 9/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 5/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | · 5/7/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544